# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 9, 2012

Lyle W. Cayce
Clerk

No. 06-20879

In The Matter Of: TERESA LAUDERDALE, for herself and on behalf of her two minor children, JK age 5, DK age 8

Debtor

-------------------

TERESA LAUDERDALE, for herself and on behalf of her two minor children, JK age 5, DK age 8

Appellant

v.

IMOGEN S PAPADOPOULOS

Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:06-CV-2284

Before REAVLEY, DAVIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for the reasons given by that court. As was explained, this court held in *Dvorak v. Carlson*, 986 F.2d 940 (5th

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. No. 06-20879

Cir. 1993), that attorney fees owed to the guardian/attorney ad litem of a child are not dischargeable.  The court repeated that holding in *Hudson v. Raggio*, 107 F.3d 355 (5th Cir. 1997).  The decision of the Tenth Circuit in *Lowther v. Lowther*, 321 F.3d 946 (10th Cir 2002), is not favorable to the appellant here, because that court found unique circumstances for the one case and rejected the view that an exception should be allowed for a custodial parent.

AFFIRMED